FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 DEC 31   A 10: 10

_____
BY DEPUTY CLERK

UNITED STATES OF AMERICA

DISTRICT COURT OF THE UNITED STATES

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JACOB MEDINE | CIVIL ACTION |
| PLAINTIFF | NO. 08-144-JVP-DLD |
| VERSUS | JUDGE JOHN PARKER |
| JAMES JARRATT, JR., WERNER ENTERPRISES, INC., AND LIBERTY MUTUAL INSURANCE COMPANY DEFENDANTS | MAG. JUDGE DOCIA DARBY |

### JUDGMENT OF FINAL DISMISSAL

Considering the Joint Motion for Final Dismissal submitted by the parties,

**IT IS HEREBY ORDERED** that this matter is hereby dismissed with prejudice, with each party to bear their own respective costs.

Baton Rouge, Louisiana, this 30th day of January, 2008.

_____
U.S. District Judge, John Parker   JAMES J. BRADY
Middle District, Louisiana
for Sr Judge John Parker